STATE v. DAWSON

No. 20 PC

No. 12 (Spring Term)

Case below: 48 N.C. App. 99

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 4 November 1980.

STATE v. FEARING

No. 400 PC

Case below: 48 N.C. App. 329

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1980.

STATE v. FERGUSON

No. 34 PC

Case below: 48 N.C. App. 431

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1980.

STATE v. FULLER

No. 37 PC

Case below: 48 N.C. App. 418

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1980.

STATE v. HAITH

No. 35 PC

Case below: 48 N.C. App. 319

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 November 1980.